PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada State Bar No. 13546
Mullins & Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIM BIRON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC, doing business as a foreign corporation,<br><br>Defendants. | CASE NO.: 2:19-cv-01695-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT [Dkt. 11]**<br>(First Request) |

Plaintiff, KIM BIRON (hereinafter "Plaintiff"), by and through her attorney, Philip J. Trenchak, Esq., of Mullins & Trenchak, Attorneys at Law and Defendant WYNDHAM VACATION OWNERSHIP, INC., by and through Amy Thompson, Esq. of LITTLER MENDERSLON, P.C. do hereby stipulate to extend the time Plaintiff has to file A Response to The Defendant's Motion to Dismiss AMENDED COMPLAINT [Docket No. 11] the First Amended Complaint [Docket No. 10]. The Response is currently due on January 02, 2020. The parties do hereby stipulate to an extension which would give Plaintiff up to and including January 16, 2020 to file a Response to the Motion to Dismiss the Amended Complaint.

///

///

1

This Stipulation is being entered into in good faith and not for the purposes of delay. Plaintiff has requested this request to provide adequate time to properly respond given the holidays. Plaintiff's counsel also has ongoing medical issues which have necessitated this request.

IT IS SO STIPULATED BETWEEN THE PARTIES:

DATED this 2nd day of January, 2020.

**LITTLER MENDELSON, P.C.**

/s/ Amy Thompson
Amy Thompson, Esq.
Nevada State Bar No. 11907
3960 Howard Hughes Parkway Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
*Attorney for Defendant*

DATED this 2nd day of January, 2020.

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ Philip J. Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 009924
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 3, 2020

2