UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIM BIRON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WYNDHAM VACATION OWNERSHIP, INC., doing business as a foreign corporation,<br><br>　　　　Defendants. | Case No. 2:19-CV-01695-RFB-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion to Strike Jury Demand (ECF No. 12) filed on December 26, 2019. No response to this Motion has been filed.

Jury trial waivers are upheld as valid if knowing and voluntary. *Hall v. Wyndham Vacation Ownership, Inc.*, Case No. 11-cv-01515-PMP-VCF, 2011 U.S. Dist. LEXIS 141042, at \*1 (D. Nev. Dec. 7, 2011) (enforcing same language at issue here); *Lowe Enter. Residential Partners, L.P. v. Eighth Judicial Dist.*, 40 P.3d 405, 410 (Nev. 2002); *Phoenix Leasing Inc. v. Sure Broadcasting, Inc.*, 843 F. Supp. 1379, 1384 (D. Nev. 1994). Here, in the absence of opposition, Plaintiff concedes that she voluntarily and knowingly waived her right to a jury trial when she agreed to the language that included this waiver upon applying for a position with Defendant. ECF No. 12 at 4. Plaintiff does not contest that the clause containing the jury trial waiver was clear and conspicuous, that there was no gross disparity in bargaining power or that she was savvy enough to understand the terms of the waiver to which she agreed. *See Phoenix Leasing*, 843 F. Supp. at 1384 for elements applied to review of jury trial waivers.

Accordingly, and in compliance with U.S. District Court for the District of Nevada Local Rule 7-2(d), the Court GRANTS Defendant's Motion to Strike Jury Demand (ECF No. 12).

DATED: January 24, 2020

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1