UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIM BIRON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WYNDHAM VACATION OWNERSHIP, INC., doing business as a foreign corporation,<br><br>　　　　Defendants. | Case No. 2:19-CV-01695-RFB-EJY<br><br>**ORDER** |

Before the Court is a Motion to Withdraw as Counsel (ECF No. 23) and a Motion for Substitution of Counsel for Plaintiff (ECF No. 24).

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel (ECF No. 23) is DENIED as moot.

IT IS FURTHER ORDERED that the Motion for Substitution of Counsel for Plaintiff (ECF No. 24) is GRANTED.

DATED: February 24, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1