TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIM BIRON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATIONS OWNERSHIP, INC., doing business as a foreign corporation,<br><br>Defendants. | CASE NO: 2:19-cv-01695-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS**<br>**(First Request)** |

COMES NOW, Plaintiff, KIM BIRON, ("Plaintiff"), by and through her counsel, the law firm of Hatfield & Associates, Ltd., and Defendant WYNDHAMVACATIONS OWNERSHIP, INC. ("Defendant") by and through its counsel, Amy L. Thompson, Esq., of the law firm of Littler Mendelson, P.C., hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant's Motion for Sanctions (ECF #47).  This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the party's first  request for an extension of time for Plaintiff to respond to Defendant's Motion for Sanctions.

Good cause exists for this extension, Plaintiff's counsel's paralegal has been out of the office on leave due to needing to care for a family member, which has caused a backflow of work. Additionally, Plaintiff's counsel will need to confer with his client regarding the facts of the attendant motion and his client has not been available to do so.

///

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Accordingly, Plaintiff shall have up to and including May 10, 2021, to respond to Defendant's Motion for Sanctions (ECF #47).  Defendant's reply to Plaintiff's response will be extended to May 21, 2021.

Dated this 21st day of April, 2021                    Dated this 21st day of April, 2021

**HATFIELD & ASSOCIATES**                     **LITTLER MENDELSON, P.C.**

    */s/ Trevor J. Hatfield*                          */s/ Amy L. Thompson*
By:_____            By:_____
  Trevor J. Hatfield, Esq. (SBN 7373)          Patrick H. Hicks, Esq. (SBN 4632)
  703 S. Eighth Street                          Amy L. Thompson, Esq. (SBN 11907)
  Las Vegas, Nevada 89101                      3960 Howard Hughes Parkway, Suite 300
  Tel:  (702) 388-4469                          Las Vegas, Nevada 89169-5937
  Email: thatfield@hatfieldlawassociates.com      Tel.:  (702) 862-8800
  *Attorney for Plaintiff*                        Email:  phicks@littler.com
                                                Email:  athompson@littler.com
                                                *Attorneys for Defendant*


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


Dated:_____
            April 22, 2021