1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
   703 South Eighth Street
3  Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  thatfield@hatfieldlawassociates.com

6  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KIM BIRON, an individual, | CASE NO: 2:19-cv-01695-RFB-EJY |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>(First Request) |
| WYNDHAM VACATIONS OWNERSHIP, INC., doing business as a foreign corporation, | |
| Defendants. | |

COMES NOW, Plaintiff, KIM BIRON, ("Plaintiff"), by and through her counsel, the law firm of Hatfield & Associates, Ltd., and Defendant WYNDHAMVACATIONS OWNERSHIP, INC. ("Defendant") by and through its counsel, Amy L. Thompson, Esq., of the law firm of Littler Mendelson, P.C., hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant's Motion for Summary Judgment (ECF #49). This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Good cause exists for this extension, Plaintiff's counsel's paralegal has been out of the office on leave due to needing to care for a family member, which has caused a backflow of work. Additionally, Plaintiff's counsel will need to confer with his client regarding the facts of the attendant motion and his client has not been available to do so.

1

///

Accordingly, Plaintiff shall have up to and including June 1, 2021, to respond to Defendant's Motion for Summary Judgment (ECF #49). Defendant's reply to Plaintiff's response will be extended to June 29, 2021.

Dated this 23rd day of April, 2021

**HATFIELD & ASSOCIATES**

By: /s/ Trevor J. Hatfield
Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated this 23rd day of April, 2021

**LITTLER MENDELSON, P.C.**

By: /s/ Amy L. Thompson
Patrick H. Hicks, Esq. (SBN 4632)
Amy L. Thompson, Esq. (SBN 11907)
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Tel.: (702) 862-8800
Email: phicks@littler.com
Email: athompson@littler.com
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 28th day of April, 2021.

2

## Certificate of Service

I certify that on the 23rd day of April, 2021 electronically filed **STIPULATION AND ORDER FOR TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (First Request)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 23rd day of April, 2021  **HATFIELD & ASSOCIATES, LTD.**

By: ___/s/ *Freda P. Brazier*___
    An employee of Hatfield & Associates, Ltd.