TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIM BIRON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATIONS OWNERSHIP, INC., doing business as a foreign corporation,<br><br>Defendants. | CASE NO: 2:19-cv-01695-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Third Request)** |

COMES NOW, Plaintiff, KIM BIRON, ("Plaintiff"), by and through her counsel, the law firm of Hatfield & Associates, Ltd., and Defendant WYNDHAM VACATIONS OWNERSHIP, INC. ("Defendant") by and through its counsel, Amy L. Thompson, Esq., of the law firm of Littler Mendelson, P.C., hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant's Motion for Summary Judgment (ECF #49). This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' third request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Good cause exists for this extension, Plaintiff's counsel's paralegal has been out of the office on leave due to needing to care for a family member following surgery with complications, which has caused a backflow of work. Additionally, Plaintiff's counsel will need to confer with his client regarding the facts of the attendant motion and his client has not been available to do so.

1

Accordingly, Plaintiff shall have up to and including July 2, 2021, to respond to Defendant's Motion for Summary Judgment (ECF #49). Defendant's reply to Plaintiff's response will be extended to July 30, 2021.

Dated this 21st day of June, 2021

**HATFIELD & ASSOCIATES**

*/s/ Trevor J. Hatfield*
By:_____
Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated this 21st day of June, 2021

**LITTLER MENDELSON, P.C.**

*/s/ Amy L. Thompson*
By:_____
Patrick H. Hicks, Esq. (SBN 4632)
Amy L. Thompson, Esq. (SBN 11907)
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Tel.: (702) 862-8800
Email: phicks@littler.com
Email: athompson@littler.com
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 22nd day of June, 2021.

2

**Certificate of Service**

I certify that on the 21ˢᵗ day of June, 2021 electronically filed **STIPULATION AND ORDER FOR TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Third Request)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 21ˢᵗ day of June, 2021     By: /s/ *Freda P. Brazier*
                                          An employee of Hatfield & Associates, Ltd.