TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIM BIRON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATIONS OWNERSHIP, INC., doing business as a foreign corporation,<br><br>Defendants. | CASE NO: 2:19-cv-01695-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Fourth Request)** |

COMES NOW, Plaintiff, KIM BIRON, ("Plaintiff"), by and through her counsel, the law firm of Hatfield & Associates, Ltd., and Defendant WYNDHAM VACATIONS OWNERSHIP, INC. ("Defendant") by and through its counsel, Amy L. Thompson, Esq., of the law firm of Littler Mendelson, P.C., hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant's Motion for Summary Judgment (ECF #49). This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the Plaintiff's fourth request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.[1]

Good cause exists for this extension, as the parties were exploring settlement negotiations.

///

---

[1] This shall be Plaintiff's final request for an extension to respond to Defendant's Motion for Summary Judgment.

1

Accordingly, Plaintiff shall have up to and including July 23, 2021, to respond to Defendant's Motion for Summary Judgment (ECF #49). Defendant's reply to Plaintiff's response will be extended to August 30, 2021.

Dated this 2nd day of July, 2021

**HATFIELD & ASSOCIATES**

*/s/ Trevor J. Hatfield*
By:_____
Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated this 2nd day of July, 2021

**LITTLER MENDELSON, P.C.**

*/s/ Amy L. Thompson*
By:_____
Patrick H. Hicks, Esq. (SBN 4632)
Amy L. Thompson, Esq. (SBN 11907)
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Tel.: (702) 862-8800
Email: phicks@littler.com
Email: athompson@littler.com
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 6th day of July, 2021.

**Certificate of Service**

I certify that on the 2nd day of July, 2021 electronically filed **STIPULATION AND ORDER FOR TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Fourth Request)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 2nd day of July, 2021             By:   /s/ *Freda P. Brazier*
                                                        An employee of Hatfield & Associates, Ltd.